FILED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JAN 2 2 2013

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

SECURITIES AND EXCHANGE COMMISSION,   §
                                       §
                                       §
                      Plaintiff,       §
          v.                           §   Case No. 5:12-CV-918
                                       §
SUNRISE SOLAR CORPORATION,             §
EDDIE D. AUSTIN, JR., and              §
CAROLYN AUSTIN,                        §
                                       §
                      Defendants.      §
                                       §

FINAL JUDGMENT BY DEFAULT AGAINST
DEFENDANT SUNRISE SOLAR CORPORATION

This matter came before this Court on the motion of plaintiff Securities and Exchange

Commission, seeking entry of a final judgment by default providing it with the relief requested in

its Complaint against Defendant Sunrise Solar Corporation by reason of its failure to timely file

an answer or other responsive pleading in accordance with the Federal Rules of Civil Procedure.

This Court, having considered the pleadings and evidence on file, makes the following

findings of fact and conclusions of law:

1.      The Commission's Complaint commencing this civil action was filed on

September 28, 2012.  The Commission completed service on Sunrise Solar by serving the

Nevada Secretary of State on November 9, 2012, pursuant to Nevada Rules of Civil Procedure

4(d)(1).  Sunrise Solar failed to answer or deny the factual allegations in the Commission's

Complaint.  All factual allegations therein are deemed admitted against Sunrise Solar.

2.     Sunrise Solar is not an infant or incompetent, nor is it eligible for relief under the Soldier's and Sailors Civil Relief Act of 1940 [50 U.S.C. Appendix, § 501 et seq.].

3.     Sunrise Solar violated Sections 10(b) and 13(a) of the Securities Exchange Act [15 U.S.C. §§ 78j(b) and 78m(a)] and Exchange Act Rules 10b-5, 12b-20, 13a-1 and 13a-11 thereunder [17 C.F.R. §§ 240.10b-5, 12b-20, 13a-1 and 13a-11] as alleged in the Complaint, and injunctive relief is necessary based on a reasonable likelihood of future violations.

On the basis of the foregoing findings of fact and conclusions of law,

I.

IT IS ORDERED, ADJUDGED, AND DECREED that Sunrise Solar and its respective agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 [15 U.S.C. §§ 78j(b)] and Rule 10b-5 promulgated thereunder [17 C.F.R. §§ 240.10b-5], by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security;

(a)     to employ any device, scheme, or artifice to defraud;

(b)     to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading, or

(c)     to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person.

II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant and Defendant's respective agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating, directly or indirectly, Section 13(a) of the Securities Exchange Act [15 U.S.C. § 77m(a)] and Rules 12b-20, 13a-1 and 13a-11 [17 C.F.R. §§ 240.12b-20, 240.13a-1 and 240.13a-11] by failing to file timely with the Commission all accurate and complete information, documents, and reports required by the rules and regulations prescribed by the Commission.

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

Dated: ___/- 2 2 ; ___201 3___

_____
UNITED STATES DISTRICT JUDGE

*SEC v. Sunrise Solar Corporation, et al.*
FINAL JUDGMENT BY DEFAULT AGAINST
DEFENDANT SUNRISE SOLAR CORPORATION
Page-3